**Opinion issued April 8, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00028-CR

_____

**HANNAH SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Case No. 1855975**

## MEMORANDUM OPINION

Appellant, Hannah Sanchez, filed a Motion to Dismiss Appeal, stating that she "does not wish to conduct prosecuting the appeal" and requesting that the Court dismiss her appeal.

Appellant and her attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Although appellant failed to include a certificate of conference, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).